■ In the Matter of TARA L.W., an Infant. CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent; LEWIS W., IV, Appellant. [859 NYS2d 890]—Appeal from an order of the Family Court, Cayuga County (Thomas G. Leone, J.), entered May 25, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Peradotto, Green and Gorski, JJ.

■ In the Matter of ROBERT M. HECK, Respondent, v MELODY M. HECK, Appellant. SONALI R. SUVVARU, ESQ., Law Guardian, Appellant. [859 NYS2d 890]—Appeals from an order of the Family Court, Ontario County (William F. Kocher, J.), entered December 21, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner unsupervised visitation with the parties' son.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Peradotto, Green and Gorski, JJ.